**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO RAMIREZ-DELUNA,<br><br>　　　　Defendant. | **No. 06-CR-4116-DEO**<br><br>**ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA AND SCHEDULING SENTENCING HEARING** |

## I. INTRODUCTION AND BACKGROUND

On December 14, 2006, a one Count Indictment (Docket No. 1, 12/14/2006) was returned against defendant Alfredo Ramirez-DeLuna. Count 1 of that Indictment charges that on or about December 7, 2006, in the Northern District of Iowa, that defendant Alfredo Ramirez-DeLuna, an alien who had been previously removed and deported on September 18, 1998, was found, knowingly and unlawfully, in the United States, in Sioux County, Iowa, after re-entering the United States without first obtaining the consent to apply for readmission into the United States from either the United States Attorney General or Secretary for Homeland Security, all in violation of Title 8, United States Code, Section 1326(a).

On January 9, 2007, defendant Alfredo Ramirez-DeLuna appeared before United States Magistrate Judge Paul A. Zoss

and entered a plea of guilty to Count 1 of the Indictment.  On the same date, United States Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 16, 01/09/2007) in which he recommends that defendant Alfredo Ramirez-DeLuna's guilty plea be accepted.  No objections to Judge Zoss's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Alfredo Ramirez-DeLuna's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is

> assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Judge Zoss's Report and Recommendation (Docket No. 16), and accepts defendant's plea of guilty in this case to Count 1 of the Indictment filed on December 14, 2006 (Docket No. 1).

**IT IS FURTHER HEREBY ORDERED** that the sentencing hearing of defendant Alfredo Ramirez-DeLuna shall take place before this Court on **Tuesday, April 10, 2007, at 2:30 p.m.**

**IT IS SO ORDERED** this 6th day of March, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa